IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–40–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| DAVID ALLEN ELM, | |
| Defendant. | |

Before the Court is Defendant David Allen Elm's Motion to Dismiss the Indictment, which charges a single violation of 18 U.S.C. § 922(g)(1). (Doc. 27.) The Government opposes the Motion. (*Id.* at 2.) The Motion will be denied.

Rule 12(b)(1) of the Federal Rules of Criminal Procedure provides that "[a] party may raise by pretrial motion any defense, objection, or request that the court can determine without a trial on the merits." A pretrial motion is proper when "it involves questions of law rather than fact." *United States v. Shortt Accountancy Corp.*, 785 F.2d 1448, 1452 (9th Cir. 1986). The Court concludes that Elm's Motion to Dismiss involves questions of law that may be resolved before trial.

In *United States v. Duarte*, 137 F.4th 743, 762 (9th Cir. 2025) (en banc), the Ninth Circuit held that § 922(g)(1) is constitutional as applied to non-violent felons. Though counsel concedes that his argument is foreclosed by *Duarte*, he

1

nonetheless filed the present Motion in order to "preserve this issue."[1] (Doc. 27 at 2.) Because this Motion is clearly precluded by the Ninth Circuit's decision in *Duarte*, it must be denied.

Accordingly, IT IS ORDERED that Defendant's Motion to Dismiss (Doc. 27) is DENIED.

DATED this 2nd day of December, 2025.

Dana L. Christensen, District Judge
United States District Court

---

[1] The present Motion is the second post-*Duarte* § 922(g)(1) motion to dismiss filed by counsel for Defendant in this Court. *See United States v. Roach*, 2:25-cr-22-DLC-1, Dkt. 52 (D. Mont. Sept. 29, 2025).

2