IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–40–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| DAVID ALLEN ELM, | |
| Defendant. | |

The government has moved unopposed to dismiss the criminal forfeiture proceedings in this matter because the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") initiated and completed administrative forfeiture proceedings against the firearms and ammunition seized as related to the charge in Defendant David Allen Elm's Indictment. (Doc. 44; Doc. 44-2 (Declaration of Administrative Forfeiture).)

Accordingly, IT IS ORDERED that the government's motion, (Doc. 44), is GRANTED.

DATED this 5th day of June, 2026.

Dana L. Christensen, District Judge
United States District Court